McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SAESEE,<br><br>Defendant. | Case No. 1:20-po-00171-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and moves to vacate the warrant and abstract recall hearing set for December 10, 2020 at 10:00am.

DATED: December 4, 2020                    Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                     By:   /s/ Philip N. Tankovich
                                           PHILIP N. TANKOVICH
                                           Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the warrant and abstract hearing set for December 10, 2020 at 10:00am is vacated.

IT IS SO ORDERED.

Dated:   **December 4, 2020**

_____
UNITED STATES MAGISTRATE JUDGE